Same case below, 614 F.3d 764.

**No. 10-8747. Robert Price, Petitioner v. United States.**

562 U.S. 1263, 131 S. Ct. 1588, 179 L. Ed. 2d 488, 2011 U.S. LEXIS 1811.

February 28, 2011. Petition for writ of certiorari to United States Court of Appeals for the Second Circuit denied.

Same case below, 392 Fed. Appx. 881.

**No. 10-8748. Julius Lewis and Titus Lewis, Petitioners v. United States.**

562 U.S. 1264, 131 S. Ct. 1589, 179 L. Ed. 2d 488, 2011 U.S. LEXIS 1745.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 401 Fed. Appx. 277.

**No. 10-8757. Heriberto Ofray-Campos, aka Eric El Tapicero, aka Sealed Defendant 5, Petitioner v. United States.**

562 U.S. 1264, 131 S. Ct. 1589, 179 L. Ed. 2d 488, 2011 U.S. LEXIS 1838.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-8762. Anthony Joseph Tenerelli, Petitioner v. United States.**

562 U.S. 1264, 131 S. Ct. 1589, 179 L. Ed. 2d 488, 2011 U.S. LEXIS 1779,

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-8763. Gary Williams, Petitioner v. United States.**

562 U.S. 1264, 131 S. Ct. 1589, 179 L. Ed. 2d 488, 2011 U.S. LEXIS 1807.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 396 Fed. Appx. 212.

**No. 10-8767. Alan King, Jr., Petitioner v. United States.**

562 U.S. 1264, 131 S. Ct. 1589, 179 L. Ed. 2d 488, 2011 U.S. LEXIS 1774,

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-8772. Adolphus Dixon, Petitioner v. United States.**

562 U.S. 1264, 131 S. Ct. 1589, 179 L. Ed. 2d 488, 2011 U.S. LEXIS 1819.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 401 Fed. Appx. 491.

**No. 10-8776. Robert Nicholas Ross, Petitioner v. United States.**

562 U.S. 1264, 131 S. Ct. 1590, 179 L. Ed. 2d 488, 2011 U.S. LEXIS 1888.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 400 Fed. Appx. 730.